| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Rivet, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Rivet Design & Fabrication** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4956527** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **31 Jonathan Bourne Drive, Unit 4** **Pocasset, MA 02559** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Barnstable** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Rivet, LLC** Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2381__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Rivet, LLC** _____    Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Rivet, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  9, 2018**
MM / DD / YYYY

**X /s/ Christopher J. Lynch**                             **Christopher J. Lynch**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ Louis W. Mountzoures**                            Date **March  9, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Louis W. Mountzoures 552454**
Printed name

**Law Office of Louis W. Mountzoures**
Firm name

**30 Turnpike Road**
**Suite #4**
**Southboro, MA 01772**
Number, Street, City, State & ZIP Code

Contact phone  **508-480-8881**          Email address  **mountzoureslaw@aol.com**

**552454 MA**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (if known): _____  Chapter  7

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Rivet, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Rivet Design & Fabrication |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-4956527 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 31 Jonathan Bourne Drive, Unit 4<br>Pocasset, MA 02559<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Barnstable<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Rivet, LLC**
       Name

Case number (*if known*)

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2381__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **Rivet, LLC**                                                                  Case number (*if known*)
         Name

**11. Why is the case filed in this district?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Rivet, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/9/18
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Christopher J. Lynch**
Printed name

Title  **Manager**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  3-9-18
      MM / DD / YYYY

**Louis W. Mountzoures 552454**
Printed name

**Law Office of Louis W. Mountzoures**
Firm name

**30 Turnpike Road
Suite #4
Southboro, MA 01772**
Number, Street, City, State & ZIP Code

Contact phone  **508-480-8881**    Email address  **mountzoureslaw@aol.com**

**552454 MA**
Bar number and State

# CERTIFICATE OF VOTE

March 9, 2018

    I, Christopher J. Lynch, as sole Manager and Member of Rivet, LLC, do hereby certify that the following resolution was adopted at a special meeting of the managers and members duly convened, and acting throughout, and that the same has not been rescinded or modified and is still in effect:

    RESOLVED: That the corporation seek relief under the Bankruptcy Code; and that Christopher J. Lynch is hereby authorized (i) to prepare and file on behalf of the corporation a petition under Chapter 7 of the Bankruptcy Code, (ii) to execute on behalf of the corporation such petition, schedules and statement of affairs as he may deem necessary or appropriate in connection therewith, and (iii) to take such further acts and do such further things as they may deem necessary or appropriate with respect to the foregoing, including the filing of any petition under any other Chapter of the Bankruptcy Code; their execution of any documents or their taking of any acts in connection with such proceedings to be conclusively presumed to be authorized by this vote; and that Louis W. Mountzoures, Esquire, 30 Turnpike Road, Suite 4, Southboro, MA 01772, be, and he hereby is, retained as counsel to represent this corporation in all proceedings which may be commenced under or result from these votes.

A true copy.

_____
Rivet, LLC
by Christopher J. Lynch, Manager and Member

# United States Bankruptcy Court
## District of Massachusetts

In re: **Rivet, LLC**, Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 9, 2018**

**/s/ Christopher J. Lynch**
**Christopher J. Lynch**/**Manager**
Signer/Title

ACN Associated Career Network, LLC
254 Rockadale Avenue
New Bedford, MA 02740

Airgas USA, LLC
P.O. Box 9249
Marietta, GA 30065-2249

Alro Steel Corporation
24876 Network PL
Chicago, IL 60673-1248

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Architectural Metal Polishing, LLC
1112 Lousons Road
Union, NJ 07083

ARO-SAC, Inc.
1 Warren Avenue
North Providence, RI 02911

Atlantic Stainkess Co., Inc.
140 John Dietsch Square
Attleboro Falls, MA 02763

Atlantic Steel Fabricators, Inc.
238 Andover Street
Wilmington, MA 01887

Aubuchon Hardware
P.O. Box 105525
Atlanta, GA 30348-5525

BBB & Machine, Inc.
1 Thatcher Lane
Wareham, MA 02571

Best Machining
65 Ryan Drive, Unit 5
Raynham, MA 02767

Bluetarp Financial
P.O. Box 105525
Atlanta, GA 30348-5525

BMW Bank of North America
P.O. Box 78066
Phoenix, AZ 85062-8066

Botello Lumber Company, Inc.
26 Bowdoin Road
Mashpee, MA 02649

Buy Railings
71 Commerce Drive
Brookfield, CT 06804

C.C. Ventures, Inc.
P.O. Box 1197
5 Benjamin Nye Circle
Pocasset, MA 02559

Cape Cod Coop
25 Benjamin Franklin Way
Hyannis, MA 02601

Cavossa Disposal Corporation
210 Nathan Ellis Highway
East Falmouth, MA 02536-4143

Christopher Lynch
62 Bay Road
North Falmouth, MA 02556

CIT
21146 Network Place
Chicago, IL 60673-1211

Clean Aire Technology, Inc.
P.O. Box 380
Belmont, NH 03220

Collier Webb
Hammonds Drive
Eastbourne East Sussex BN23 6 PW

Comcast
P.O. Box 1577
Newark, NJ 07101-1577

Commonwealth of MA
EZDriveMA Payment Processing Center
P.O. Box 847840
Boston, MA 02284-7840

Concrete Fastening Systems, Inc.
1231 E 26th Street
Cleveland, OH 44114

Deeco Metals of South Carolina, Inc.
655 North Main Street
Travelers Rest, SC 29690

Denmarks Cleaning Services
P.O. Box 411
North Falmouth, MA 02556

Effective Logistics
205 West Grove Street, Unit F
Middleboro, MA 02346

Electropolishing Systems, Inc.
24 Aldrin Road
Plymouth, MA 02360

Elle Decor
P.O. Box 37876
Boone, IA 50037-4876

Everest Metals Industries, Inc.
238 Andover Street
Wilmington, MA 01887

Eversource
P.O. Box 660753
Dallas, TX 75266-0753

Farmers Copper LTD
9900 Emmett F Lowry Expressway
Texas City, TX 77591

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Fireball Heat Treating Co., Inc.
34 John Williams Street
Attleboro, MA 02703

Flatiron Panel Products LLC
1214 Commerce Ct., Unit 100
Lafayette, CO 80026

Gary M. Dellaposta, CPA
P.O. Box 925
Falmouth, MA 02541

Green Brothers Fabricating, Inc.
15 Fourth Street
Taunton, MA 02780

Hart Insurance Agency Inc.
P.O. Box 700
Buzzards Bay, MA 02532

HSA Health Services
P.O. Box 847001
Boston, MA 02284-7001

Image 76
50 Portside Drive
Pocasset, MA 02559

Infra-Metals Co.
P.O. Box 409828
Atlanta, GA 30384-9828

IPC Industrial Precision Coatings
2 Trim Way
Randolph, MA 02368

Jack's Machine Company
162 Industrial Blvd.
Hanson, MA 02341

Jergens, Inc.
P.O. Box 73451
Cleveland, OH 44193

Julius Blum & Co., Inc.
P.O. Box 816
Carlstadt, NJ 07072

Kammetal, Inc.
29 Imlay Street
Brooklyn, NY 11231-1621

King Architectural Metals
P.O. Box 840028
Dallas, TX 75284-0028

Kokomo Opalescent Glass
1310 S. Market Street
Kokomo, IN 46902

Lewis Brass & Copper Company
P.O. Box 67
Middle Village, NY 11379

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

McNichols Company
P.O. Box 101211
Atlanta, GA 30392-1211

Michele Cudilo Consulting Engineering In
123 Cottonwood Lane
Centerville, MA 02632-1979

Mid-City Steel
P.O. Box 820
Westport, MA 02790-0698

```
Minuteman Press
1694 Falmouth Road
Centerville, MA 02632

Mobius Instruments, LLC
337 Mill Street
Mansfield, MA 02048

Monarch Metal Fabrication
1625 Sycamore Avenue, Ste. A
Bohemia, NY 11716

National Grid
P.O. Box 11735
Newark, NJ 07101-4735

National Imports LLC
1934 Old Gallows, Suite 350
Vienna, VA 22182

NBM Northern Business Machines
24 Terry Ave
Burlington, MA 01803

NetTech Services
935 Great Plain Avenue #186
Needham, MA 02492

New Bedford Welding Supply Inc.
P.O. Box 951
New Bedford, MA 02741-0951

New England Welding
145 Bodwell Street, Unit E
Avon, MA 02322

NHP Neighborhood Health Plan
P.O. Box 4106
Woburn, MA 01888-4106

Perfection Chain Products, Inc.
P.O. Box 5422
Denver, CO 80217

Pierce Aluminum Company, Inc.
34 Forge Park
Franklin, MA 02038

R.S. Hughes
19 Brigham Street, Unit 7A
Marlborough, MA 01752

Rotax Metals
400 Dewitt Avenue
Brooklyn, NY 11207
```

```
RTC Machine
26 South Street
Plainville, MA 02762

S&T Precision Plate Cutting, Inc.
205 Commercial Street, Rear
Whitman, MA 02382

Salter Spiral Stair
105 GP Clement Road
Collegeville, PA 19426

Shepherd & Goldstein LLP
1671 Worcester Road, Suite 303
Framingham, MA 01701

Standard Repair Company
5 Raffaele Road
Plymouth, MA 02360

State of California
Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

Superior Alloy Technology, Inc.
P.O. Box 2145
Hanover, MA 02339

Taunton Aluminum Foundry, Inc.
632 Berkley Street
Berkley, MA 02779

Ted the Telephone Guy
P.O. Box 231
Centerville, MA 02632

The Chapin & Bangs Company
P.O. Box 1117
Bridgeport, CT 06601-1117

The Drafting Subcontractor, Inc.
8 Mason Drive
Cumberland, RI 02864

The Equipment Source
3727 Prospect Avenue
Naples, FL 34104

The Hide & Leather House
595 Monroe Street
Napa, CA 94559
```

The Main Street America Group
P.O. Box 2004
Keene, NH 03431

The Sherwin-Williams Co.
3065 Cranberry Highway, Box 2
East Wareham, MA 02538-1325

ThyssenKrupp Materials NA
P.O. Box 7247
Philadelphia, PA 19170-7500

Todrin Industries, Inc.
305 Kenneth Welch Drive
Lakeville, MA 02347

Town of Bourne
24 Petty Avenue
Buzzards Bay, MA 02532-3441

Town of Falmouth
P.O. Box 783
Reading, MA 01867-0406

Trego, Inc.
5 Littlebrook Road
West Wareham, MA 02576

Tri State Fasteners
65 Vineyard Road
Seekonk, MA 02771

Turner Steel Company, Inc.
128 N Main Street
West Bridgewater, MA 02379

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Uniserve LLC
309 Kingstown Road
West Kingston, RI 02892

Vortex, LLC
4 Dearborn Road
Peabody, MA 01960

W.B. Mason Co., Inc.
P.O. Box 981101
Boston, MA 02298-1101

Western Pinnacle International
2160 N. Redbud Blvd., Suite 110
McKinney, TX 75069-8252

Whitman Company, Inc.
356 South Avenue
Whitman, MA 02382

Whitman Engineering
7 Pleasant Hill Road
Cranbury, NJ 08512

Wolkon & Pascucci, LLP
One Beacon Street, Suite 1320
Boston, MA 02108

X-Cell Machining Technology, Inc.
6 Littlebrook Road
West Wareham, MA 02576

Yarde Metals
P.O. Box 781227
Philadelphia, PA 19178-1227

Zing Products Inc.
12 Kendrick Road
Wareham, MA 02571

# United States Bankruptcy Court
## District of Massachusetts

In re  **Rivet, LLC**

Debtor(s)

Case No.

Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rivet, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 9, 2018**
Date

**/s/ Louis W. Mountzoures**
**Louis W. Mountzoures 552454**
Signature of Attorney or Litigant
Counsel for **Rivet, LLC**
**Law Office of Louis W. Mountzoures**
**30 Turnpike Road**
**Suite #4**
**Southboro, MA 01772**
**508-480-8881 Fax:508-480-8854**
**mountzoureslaw@aol.com**