**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION DIVISION**

In re: RIVET, LLC　　　　　　　　　　　§　　Case No. 18-10841
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　David B. Madoff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,604.53 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $34,210.07 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $53,318.00 | |

　　　　3) Total gross receipts of $87,528.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $87,528.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $53,318.00 | $53,318.00 | $53,318.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $250.00 | $7,537.94 | $7,537.94 | $7,537.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $387,372.87 | $608,330.54 | $608,330.54 | $26,672.13 |
| **TOTAL DISBURSEMENTS** | $387,622.87 | $669,186.48 | $669,186.48 | $87,528.07 |

4) This case was originally filed under chapter 7 on 03/09/2018. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2020         By: /s/ David B. Madoff
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE | 1241-000 | $7,500.00 |
| PREFERENCE | 1241-000 | $7,000.00 |
| MACHINERY, EQUIPMENT AND VEHICLES | 1129-000 | $10,500.00 |
| MACHINERY, EQUIPMENT, AND VEHICLES | 1129-000 | $39,161.00 |
| PREFERENCE | 1241-000 | $6,000.00 |
| PREFERENCE | 1241-000 | $4,000.00 |
| PREFERENCE | 1241-000 | $9,980.07 |
| PREFERENCE | 1241-000 | $3,387.00 |
| **TOTAL GROSS RECEIPTS** | | **$87,528.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David B. Madoff | 2100-000 | NA | $7,626.40 | $7,626.40 | $7,626.40 |
| Trustee, Expenses - David B. Madoff | 2200-000 | NA | $36.20 | $36.20 | $36.20 |
| Attorney for Trustee Fees - Madoff & Khoury LLP | 3110-000 | NA | $25,025.00 | $25,025.00 | $25,025.00 |
| Attorney for Trustee, Expenses - Madoff & Khoury LLP | 3120-000 | NA | $3,043.50 | $3,043.50 | $3,043.50 |
| Auctioneer Fees - Paul E. Saperstein Company, Inc. | 3610-000 | NA | $10,047.20 | $10,047.20 | $10,047.20 |
| Bond Payments - BOND | 2300-000 | NA | $35.29 | $35.29 | $35.29 |
| Administrative Rent - C. C. Ventures, Inc. | 2410-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $249.80 | $249.80 | $249.80 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Accountant for Trustee Fees (Other Firm) - Verdolino & Lowey PC | 3410-000 | NA | $1,432.00 | $1,432.00 | $1,432.00 |
| Accountant for Trustee Expenses (Other Firm) - Verdolino & Lowey PC | 3420-000 | NA | $22.61 | $22.61 | $22.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$53,318.00** | **$53,318.00** | **$53,318.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Town of FalmouthTaxes Collector | 5800-000 | NA | $867.50 | $867.50 | $867.50 |
| 25P | Massachusetts Department of Revenue | 5800-000 | NA | $3,320.86 | $3,320.86 | $3,320.86 |
| 27P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,349.58 | $3,349.58 | $3,349.58 |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Massachusetts Department of | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State of California | 5600-000 | $250.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$250.00** | **$7,537.94** | **$7,537.94** | **$7,537.94** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | United States Bankruptcy Court Clerk | 7100-000 | NA | $5.44 | $5.44 | $5.44 |
| 1 | CIT Bank NA | 7100-000 | NA | $11,485.13 | $11,485.13 | $516.05 |
| 2 | CIT Bank NA | 7100-000 | NA | $4,674.35 | $4,674.35 | $210.03 |
| 3 | CIT Bank NA | 7100-000 | NA | $8,824.59 | $8,824.59 | $396.51 |
| 4 | CIT Bank NA | 7100-000 | NA | $3,170.36 | $3,170.36 | $142.45 |
| 5 | The Sherwin-Williams Co. | 7100-000 | NA | $121.04 | $121.04 | $0.00 |
| 6 | Yarde Metals | 7100-000 | NA | $278.00 | $278.00 | $12.49 |
| 7 | Julius Blum & Co., Inc. | 7100-000 | NA | $378.10 | $378.10 | $16.99 |
| 8 | Alro Steel Corporation | 7100-000 | NA | $6,431.73 | $6,431.73 | $288.99 |
| 9 | Cavossa Disposal Corporation | 7100-000 | NA | $768.83 | $768.83 | $34.55 |
| 11 | ACN Associated Career Network, LLC | 7100-000 | NA | $8,776.40 | $8,776.40 | $394.34 |
| 12 | WB Mason Co., Inc. | 7100-000 | NA | $1,600.85 | $1,600.85 | $71.93 |
| 13 | Minuteman Press | 7100-000 | NA | $166.05 | $166.05 | $7.46 |
| 14 | Everest Metals Industries, Inc. | 7100-000 | NA | $13,590.00 | $13,590.00 | $610.63 |
| 15 | McMaster-Carr Supply Company | 7100-000 | NA | $2,905.02 | $2,905.02 | $130.53 |
| 16 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | NA | $53,269.37 | $53,269.37 | $2,393.51 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Bulgin & Associates, Inc. | 7100-000 | NA | $425,357.50 | $425,357.50 | $19,112.24 |
| 18 | Lido Designs dba Buy Railings | 7100-000 | NA | $1,764.00 | $1,764.00 | $79.26 |
| 19 | BMW Financial Services NA, LLC | 7100-000 | NA | $16,146.05 | $16,146.05 | $725.48 |
| 20 | Atlantic Stainless Co. Inc. | 7100-000 | NA | $2,113.00 | $2,113.00 | $94.94 |
| 21 | NBM Northern Business Machines | 7100-000 | NA | $279.99 | $279.99 | $12.58 |
| 22 | Eversource Energy c/o Honor Heath | 7100-000 | NA | $819.02 | $819.02 | $36.80 |
| 23 | Best Machining | 7100-000 | NA | $19,675.00 | $19,675.00 | $884.04 |
| 24 | New Bedford Welding Supply, Inc. | 7200-000 | NA | $1,416.33 | $1,416.33 | $0.00 |
| 25U | Massachusetts Department of Revenue Bankruptcy Unit | 7100-000 | NA | $420.00 | $420.00 | $18.87 |
| 26 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | NA | $9,980.07 | $9,980.07 | $448.43 |
| 27U | FRANCHISE TAX BOARD | 7100-000 | NA | $614.32 | $614.32 | $27.59 |
| 28 | WKP Construction LLC | 7200-000 | NA | $13,300.00 | $13,300.00 | $0.00 |
| N/F | ACN Associated Career Network, LLC | 7100-000 | $8,776.40 | NA | NA | NA |
| N/F | ARO-SAC, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ARO-SAC, inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Airgas USA, LLC | 7100-000 | $199.06 | NA | NA | NA |
| N/F | Alro Steel Corporation | 7100-000 | $6,431.73 | NA | NA | NA |
| N/F | American Express | 7100-000 | $51,403.60 | NA | NA | NA |
| N/F | Architectural Metal Polishing, LLC | 7100-000 | $5,975.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Atlantic Stainkess Co., Inc. | 7100-000 | $2,113.00 | NA | NA | NA |
| N/F | Atlantic Steel Fabricators, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Aubuchon Hardware | 7100-000 | $1,004.55 | NA | NA | NA |
| N/F | BBB & Machine, Inc. | 7100-000 | $1,900.35 | NA | NA | NA |
| N/F | BMW Bank of North America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Best Machining | 7100-000 | $19,675.00 | NA | NA | NA |
| N/F | Bluetarp Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Botello Lumber Company, Inc. | 7100-000 | $2,471.61 | NA | NA | NA |
| N/F | Buy Railings | 7100-000 | $1,764.00 | NA | NA | NA |
| N/F | C.C. Ventures, Inc. | 7100-000 | $9,503.00 | NA | NA | NA |
| N/F | CH | 7100-000 | $724.13 | NA | NA | NA |
| N/F | CM | 7100-000 | $724.13 | NA | NA | NA |
| N/F | Cape Cod Coop | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cavossa Disposal Corporation | 7100-000 | $510.00 | NA | NA | NA |
| N/F | Christopher Lynch | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Clean Aire Technology, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Collier Webb | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $582.65 | NA | NA | NA |
| N/F | Commonwealth of MA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Concrete Fastening Systems, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deeco Metals of South Carolina, Inc. | 7100-000 | $5,833.15 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Denmarks Cleaning Services | 7100-000 | $445.00 | NA | NA | NA |
| N/F | Effective Logistics | 7100-000 | $12,966.24 | NA | NA | NA |
| N/F | Eiectropolishing Systems, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Electropolishing Systems, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Elle Decor | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Everest Metals Industries, Inc. | 7100-000 | $13,590.00 | NA | NA | NA |
| N/F | Everest Metals industries, Inc. | 7100-000 | $13,590.00 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Farmers Copper LTD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fastenal Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fireball Heat Treating Co., Inc. | 7100-000 | $1,050.00 | NA | NA | NA |
| N/F | Flatiron Panel Products LLC | 7100-000 | $4,926.34 | NA | NA | NA |
| N/F | Gary M. Dellaposta, CPA | 7100-000 | $2,510.00 | NA | NA | NA |
| N/F | Green Brothers Fabricating, Inc. | 7100-000 | $39,200.00 | NA | NA | NA |
| N/F | HSA Health Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hart Insurance Agency Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | IPC Industrial Precision Coatings | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Image 76 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Infra-Metals Co. | 7100-000 | $3,398.28 | NA | NA | NA |
| N/F | Jack's Machine Company | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Jergens, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Julius Blum & Co., Inc. | 7100-000 | $378.10 | NA | NA | NA |
| N/F | Kammetal, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | King Architectural Metals | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kokomo Opalescent Glass | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lewis Brass & Copper Company | 7100-000 | $2,950.35 | NA | NA | NA |
| N/F | Marlin Business Bank | 7100-000 | $1,213.00 | NA | NA | NA |
| N/F | McMaster-Carr Supply Company | 7100-000 | $2,743.32 | NA | NA | NA |
| N/F | McNichois Company | 7100-000 | $422.17 | NA | NA | NA |
| N/F | McNichols Company | 7100-000 | $422.17 | NA | NA | NA |
| N/F | Michele Cudilo Consulting Engineering In | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mid-City Steel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Minuteman Press | 7100-000 | $166.05 | NA | NA | NA |
| N/F | Mobius Instruments, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Monarch Metal Fabrication | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NBM Northern Business Machines | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NHP Neighborhood Health Plan | 7100-000 | $7,317.73 | NA | NA | NA |
| N/F | National Grid | 7100-000 | $0.00 | NA | NA | NA |
| N/F | National Imports LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NetTech Services | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | New Bedford Welding Supply Inc. | 7100-000 | $1,174.62 | NA | NA | NA |
| N/F | New England Welding | 7100-000 | $3,623.12 | NA | NA | NA |
| N/F | Perfection Chain Products, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pierce Aluminum Company, Inc. | 7100-000 | $6,995.40 | NA | NA | NA |
| N/F | R.S. Hughes | 7100-000 | $3,225.12 | NA | NA | NA |
| N/F | RTC Machine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rotax Metals | 7100-000 | $0.00 | NA | NA | NA |
| N/F | S&T Precision Plate Cutting, Inc. | 7100-000 | $14,238.00 | NA | NA | NA |
| N/F | Salter Spiral Stair | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Shepherd & Goldstein LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Standard Repair Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Superior Alloy Technology, Inc. | 7100-000 | $914.25 | NA | NA | NA |
| N/F | Taunton Aluminum Foundry, Inc. | 7100-000 | $33,082.50 | NA | NA | NA |
| N/F | Taunton Aluminum Foundry, inc. | 7100-000 | $33,082.50 | NA | NA | NA |
| N/F | Ted the Telephone Guy | 7100-000 | $1,649.69 | NA | NA | NA |
| N/F | The Chapin & Bangs Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Drafting Subcontractor, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Equipment Source | 7100-000 | $560.74 | NA | NA | NA |
| N/F | The Hide & Leather House | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | The Main Street America Group | 7100-000 | $2,071.38 | NA | NA | NA |
| N/F | The Sherwin-Williams Co. | 7100-000 | $121.04 | NA | NA | NA |
| N/F | ThyssenKrupp Materials NA | 7100-000 | $19,744.95 | NA | NA | NA |
| N/F | Todrin Industries, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Town of Bourne | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Town of Falmouth | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Trego, Inc. | 7100-000 | $20,138.65 | NA | NA | NA |
| N/F | Tri State Fasteners | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Turner Steel Company, Inc. | 7100-000 | $1,794.31 | NA | NA | NA |
| N/F | Uline | 7100-000 | $2,675.64 | NA | NA | NA |
| N/F | Uniserve LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vortex, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | W.B. Mason Co., Inc. | 7100-000 | $1,600.85 | NA | NA | NA |
| N/F | WKP Construction LLC | 7100-000 | $13,300.00 | NA | NA | NA |
| N/F | Western Pinnacle International | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Whitman Company, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Whitman Engineering | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wolkon & Pascucci, LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | X-Celf Machining Technology, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | X-Cell Machining Technology, Inc. | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Yarde Metals | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Zing Products Inc. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$387,372.87** | **$608,330.54** | **$608,330.54** | **$26,672.13** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 18-10841
**Case Name:** RIVET, LLC
**For Period Ending:** 05/12/2020

**Trustee Name:** (410260) David B. Madoff
**Date Filed (f) or Converted (c):** 03/09/2018 (f)
**§ 341(a) Meeting Date:** 04/18/2018
**Claims Bar Date:** 05/18/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING, SAVINGS, MONEY MARKET OR FINANCIAL BROKERAGE ACCOUNTS<br>The Cooperative Bank of Cape Cod Checking Account | 4.53 | 0.00 | | 0.00 | FA |
| 2 | CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS<br>The Cooperative Bank of Cape Cod Money Market Account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS<br>The Cooperative Bank of Cape Cod Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE<br>Accounts Receivable | 7,300.00 | 0.00 | | 0.00 | FA |
| 5 | INVENTORY<br>Raw Material; misc. scrap metal | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | OFFICE FURNITURE<br>Office furniture; assorted desks, filing cabinets, folding tables and chairs, fridge, cabinets, coffee machine, microwave | 600.00 | 0.00 | | 0.00 | FA |
| 7 | OFFICE EQUIPMENT<br>Phone system and computers, monitors | 700.00 | 0.00 | | 0.00 | FA |
| 8 | MACHINERY, EQUIPMENT AND VEHICLES<br>2012 Mercedes Sprinter Van | 14,000.00 | 10,500.00 | | 10,500.00 | FA |
| 9 | MACHINERY, EQUIPMENT, AND VEHICLES<br>Machinery and equipment and hand and power tools | 28,720.00 | 39,161.00 | | 39,161.00 | FA |
| 10 | PREFERENCE (u)<br>AMEX Preference | Unknown | 9,980.07 | | 9,980.07 | FA |
| 11 | PREFERENCE (u)<br>Everest Metals Industries, Inc. Preference | Unknown | 7,000.00 | | 7,000.00 | FA |
| 12 | PREFERENCE (u)<br>Preference with Lewis Brass & Copper Co. | Unknown | 3,387.00 | | 3,387.00 | FA |
| 13 | PREFERENCE (u)<br>Associated Career Network Preference | Unknown | 6,000.00 | | 6,000.00 | FA |
| 14 | PREFERENCE (u)<br>Preference with Botelho Lumber | Unknown | 4,000.00 | | 4,000.00 | FA |
| 15 | PREFERENCE (u)<br>Preference of Green Bros. | Unknown | 7,500.00 | | 7,500.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$52,324.53** | **$87,528.07** | | **$87,528.07** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 18-10841  
**Case Name:** RIVET, LLC  

**Trustee Name:** (410260) David B. Madoff  
**Date Filed (f) or Converted (c):** 03/09/2018 (f)  
**§ 341(a) Meeting Date:** 04/18/2018  

**For Period Ending:** 05/12/2020  
**Claims Bar Date:** 05/18/2018  

**Major Activities Affecting Case Closing:**

    Assets have been liquidated. The Trustee is settling all preference collections and is in the process of reviewing claims.

**Initial Projected Date Of Final Report (TFR):** 09/01/2019  
**Current Projected Date Of Final Report (TFR):** 09/24/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| **Case No.:** | 18-10841 | **Trustee Name:** | David B. Madoff (410260) |
|---|---|---|---|
| **Case Name:** | RIVET, LLC | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6527 | **Account #:** | ******5600 Checking |
| **For Period Ending:** | 05/12/2020 | **Blanket Bond (per case limit):** | $25,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/15/18 | | Paul E. Saperstein Company, Inc. | Proceeds from Auction | | 49,661.00 | | 49,661.00 |
| | {8} | | Public Auction Sale of Vehicle $10,500.00 | 1129-000 | | | |
| | {9} | | Public Auction Sale of all Machinery and Equipment $39,161.00 | 1129-000 | | | |
| 05/24/18 | 101 | C. C. Ventures, Inc. | Payment pursuant to Stipulation approved by Court on 4/19/2018 | 2410-000 | | 5,000.00 | 44,661.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.33 | 44,627.67 |
| 06/11/18 | 102 | Paul E. Saperstein Co., Inc. | Payment of Auctioneer Commission pursuant to Order dated 6/11/2018 | 3610-000 | | 10,047.20 | 34,580.47 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.82 | 34,525.65 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.96 | 34,472.69 |
| 08/06/18 | 103 | International Sureties, Ltd. | Blanket Bond #016027600 | 2300-000 | | 11.41 | 34,461.28 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.22 | 34,410.06 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.39 | 34,383.67 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.08 | 34,352.59 |
| 12/26/18 | {10} | American Express Travel Related Services Company, Inc | Preference Settlement | 1241-000 | 9,980.07 | | 44,332.66 |
| 01/07/19 | {11} | Frisoli Associates | Preference Settlement | 1241-000 | 7,000.00 | | 51,332.66 |
| 01/09/19 | {12} | Brass & Copper Company | Preference Settlement | 1241-000 | 3,387.00 | | 54,719.66 |
| 01/22/19 | {13} | ACN Staffing Services | Settlement | 1241-000 | 6,000.00 | | 60,719.66 |
| 01/22/19 | {13} | ACN Staffing Services | Deposit Reversal: Settlement | 1241-000 | -6,000.00 | | 54,719.66 |
| 01/23/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******6841 | Transition Debit to Metropolitan Commercial Bank acct 3910006841 | 9999-000 | | 54,719.66 | 0.00 |
| | | **COLUMN TOTALS** | | | 70,028.07 | 70,028.07 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 54,719.66 | |
| | | **Subtotal** | | | 70,028.07 | 15,308.41 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$70,028.07** | **$15,308.41** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-10841 | Trustee Name: | David B. Madoff (410260) |
|---|---|---|---|
| Case Name: | RIVET, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6527 | Account #: | ******6841 Checking Account |
| For Period Ending: | 05/12/2020 | Blanket Bond (per case limit): | $25,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/19 | {13} | ACN Staffing Services | Settlement | 1241-000 | 6,000.00 | | 6,000.00 |
| 01/23/19 | | Transfer Credit from Rabobank, N.A. acct ******5600 | Transition Credit from Rabobank, N.A. acct 5022205600 | 9999-000 | 54,719.66 | | 60,719.66 |
| 01/29/19 | {14} | Botello Lumber Co, Inc | Preference Settlement | 1241-000 | 4,000.00 | | 64,719.66 |
| 03/14/19 | 1000 | Franchise Tax Board | CA Form 568 - December 31, 2018/Tax ID No. 47-4956527 | 2820-000 | | 800.00 | 63,919.66 |
| 07/18/19 | {15} | Green Bros Fabricating, Inc | Preference Settlement | 1241-000 | 7,500.00 | | 71,419.66 |
| 08/08/19 | 1001 | International Sureties, Ltd. | Blanket Bond # 016027600 | 2300-000 | | 23.88 | 71,395.78 |
| 12/09/19 | 1002 | David B. Madoff | Distribution payment - Dividend paid at 100.00% of $7,626.40; Claim # FEE; Filed: $7,626.40 | 2100-000 | | 7,626.40 | 63,769.38 |
| 12/09/19 | 1003 | David B. Madoff | Distribution payment - Dividend paid at 100.00% of $36.20; Claim # TE; Filed: $36.20 | 2200-000 | | 36.20 | 63,733.18 |
| 12/09/19 | 1004 | Verdolino & Lowey PC | Distribution payment - Dividend paid at 100.00% of $1,432.00; Claim # ; Filed: $1,432.00 | 3410-000 | | 1,432.00 | 62,301.18 |
| 12/09/19 | 1005 | Verdolino & Lowey PC | Distribution payment - Dividend paid at 100.00% of $22.61; Claim # ; Filed: $22.61 | 3420-000 | | 22.61 | 62,278.57 |
| 12/09/19 | 1006 | Madoff & Khoury LLP | Distribution payment - Dividend paid at 100.00% of $25,025.00; Claim # ; Filed: $25,025.00 | 3110-000 | | 25,025.00 | 37,253.57 |
| 12/09/19 | 1007 | Madoff & Khoury LLP | Distribution payment - Dividend paid at 100.00% of $3,043.50; Claim # ; Filed: $3,043.50 | 3120-000 | | 3,043.50 | 34,210.07 |
| 12/09/19 | 1008 | Town of FalmouthTaxes Collector | Distribution payment - Dividend paid at 100.00% of $867.50; Claim # 10P; Filed: $867.50 | 5800-000 | | 867.50 | 33,342.57 |
| 12/09/19 | 1009 | Massachusetts Department of Revenue | Distribution payment - Dividend paid at 100.00% of $3,320.86; Claim # 25P; Filed: $3,320.86 | 5800-000 | | 3,320.86 | 30,021.71 |
| 12/09/19 | 1010 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $3,349.58; Claim # 27P; Filed: $3,349.58 | 5800-000 | | 3,349.58 | 26,672.13 |
| 12/09/19 | 1011 | CIT Bank NA | Distribution payment - Dividend paid at 4.49% of $11,485.13; Claim # 1; Filed: $11,485.13 | 7100-000 | | 516.05 | 26,156.08 |
| 12/09/19 | 1012 | CIT Bank NA | Distribution payment - Dividend paid at 4.49% of $4,674.35; Claim # 2; Filed: $4,674.35 | 7100-000 | | 210.03 | 25,946.05 |
| 12/09/19 | 1013 | CIT Bank NA | Distribution payment - Dividend paid at 4.49% of $8,824.59; Claim # 3; Filed: $8,824.59 | 7100-000 | | 396.51 | 25,549.54 |
| 12/09/19 | 1014 | CIT Bank NA | Distribution payment - Dividend paid at 4.49% of $3,170.36; Claim # 4; Filed: $3,170.36 | 7100-000 | | 142.45 | 25,407.09 |
| 12/09/19 | 1015 | The Sherwin-Williams Co. | Distribution payment - Dividend paid at 4.49% of $121.04; Claim # 5; Filed: $121.04 Stopped on 03/09/2020 | 7100-000 | | 5.44 | 25,401.65 |
| 12/09/19 | 1016 | Yarde Metals | Distribution payment - Dividend paid at 4.49% of $278.00; Claim # 6; Filed: $278.00 | 7100-000 | | 12.49 | 25,389.16 |
| 12/09/19 | 1017 | Julius Blum & Co., Inc. | Distribution payment - Dividend paid at 4.49% of $378.10; Claim # 7; Filed: $378.10 | 7100-000 | | 16.99 | 25,372.17 |

Page Subtotals:    $72,219.66    $46,847.49

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 3

| Case No.: | 18-10841 | Trustee Name: | David B. Madoff (410260) |
|---|---|---|---|
| Case Name: | RIVET, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6527 | Account #: | ******6841 Checking Account |
| For Period Ending: | 05/12/2020 | Blanket Bond (per case limit): | $25,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/09/19 | 1018 | Alro Steel Corporation | Distribution payment - Dividend paid at 4.49% of $6,431.73; Claim # 8; Filed: $6,431.73 | 7100-000 | | 288.99 | 25,083.18 |
| 12/09/19 | 1019 | Cavossa Disposal Corporation | Distribution payment - Dividend paid at 4.49% of $768.83; Claim # 9; Filed: $768.83 | 7100-000 | | 34.55 | 25,048.63 |
| 12/09/19 | 1020 | ACN Associated Career Network, LLC | Distribution payment - Dividend paid at 4.49% of $8,776.40; Claim # 11; Filed: $8,776.40 | 7100-000 | | 394.34 | 24,654.29 |
| 12/09/19 | 1021 | WB Mason Co., Inc. | Distribution payment - Dividend paid at 4.49% of $1,600.85; Claim # 12; Filed: $1,600.85 | 7100-000 | | 71.93 | 24,582.36 |
| 12/09/19 | 1022 | Minuteman Press | Distribution payment - Dividend paid at 4.49% of $166.05; Claim # 13; Filed: $166.05 | 7100-000 | | 7.46 | 24,574.90 |
| 12/09/19 | 1023 | Everest Metals Industries, Inc. | Distribution payment - Dividend paid at 4.49% of $13,590.00; Claim # 14; Filed: $13,590.00 | 7100-000 | | 610.63 | 23,964.27 |
| 12/09/19 | 1024 | McMaster-Carr Supply Company | Distribution payment - Dividend paid at 4.49% of $2,905.02; Claim # 15; Filed: $2,905.02 | 7100-000 | | 130.53 | 23,833.74 |
| 12/09/19 | 1025 | American Express National Bank c/o Becket and Lee LLP | Distribution payment - Dividend paid at 4.49% of $53,269.37; Claim # 16; Filed: $53,269.37 | 7100-000 | | 2,393.51 | 21,440.23 |
| 12/09/19 | 1026 | Bulgin & Associates, Inc. | Distribution payment - Dividend paid at 4.49% of $425,357.50; Claim # 17; Filed: $425,357.50 | 7100-000 | | 19,112.24 | 2,327.99 |
| 12/09/19 | 1027 | Lido Designs dba Buy Railings | Distribution payment - Dividend paid at 4.49% of $1,764.00; Claim # 18; Filed: $1,764.00 | 7100-000 | | 79.26 | 2,248.73 |
| 12/09/19 | 1028 | BMW Financial Services NA, LLC | Distribution payment - Dividend paid at 4.49% of $16,146.05; Claim # 19; Filed: $16,146.05 | 7100-000 | | 725.48 | 1,523.25 |
| 12/09/19 | 1029 | Atlantic Stainless Co. Inc. | Distribution payment - Dividend paid at 4.49% of $2,113.00; Claim # 20; Filed: $2,113.00 | 7100-000 | | 94.94 | 1,428.31 |
| 12/09/19 | 1030 | NBM Northern Business Machines | Distribution payment - Dividend paid at 4.49% of $279.99; Claim # 21; Filed: $279.99 | 7100-000 | | 12.58 | 1,415.73 |
| 12/09/19 | 1031 | Eversource Energy c/o Honor Heath | Distribution payment - Dividend paid at 4.49% of $819.02; Claim # 22; Filed: $819.02 | 7100-000 | | 36.80 | 1,378.93 |
| 12/09/19 | 1032 | Best Machining | Distribution payment - Dividend paid at 4.49% of $19,675.00; Claim # 23; Filed: $19,675.00 | 7100-000 | | 884.04 | 494.89 |
| 12/09/19 | 1033 | Massachusetts Department of Revenue Bankruptcy Unit | Distribution payment - Dividend paid at 4.49% of $420.00; Claim # 25U; Filed: $420.00 | 7100-000 | | 18.87 | 476.02 |
| 12/09/19 | 1034 | American Express National Bank c/o Becket and Lee LLP | Distribution payment - Dividend paid at 4.49% of $9,980.07; Claim # 26; Filed: $9,980.07 | 7100-000 | | 448.43 | 27.59 |
| 12/09/19 | 1035 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 4.49% of $614.32; Claim # 27U; Filed: $614.32 | 7100-000 | | 27.59 | 0.00 |
| 03/09/20 | 1015 | The Sherwin-Williams Co. | Distribution payment - Dividend paid at 4.49% of $121.04; Claim # 5; Filed: $121.04 Stopped: check issued on 12/09/2019 | 7100-000 | | -5.44 | 5.44 |

Page Subtotals:   $0.00   $25,366.73

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                ! - transaction has not been cleared

## Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 4

| **Case No.:** | 18-10841 | **Trustee Name:** | David B. Madoff (410260) |
|---|---|---|---|
| **Case Name:** | RIVET, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6527 | **Account #:** | ******6841 Checking Account |
| **For Period Ending:** | 05/12/2020 | **Blanket Bond (per case limit):** | $25,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/14/20 | | United States Bankruptcy Court Clerk | Turnover of unclaimed funds | 7100-000 | | 5.44 | 0.00 |
| | | **COLUMN TOTALS** | | | 72,219.66 | 72,219.66 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 54,719.66 | 0.00 | |
| | | **Subtotal** | | | 17,500.00 | 72,219.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$17,500.00** | **$72,219.66** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-10841 | **Trustee Name:** | David B. Madoff (410260) |
| **Case Name:** | RIVET, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6527 | **Account #:** | ******6841 Checking Account |
| **For Period Ending:** | 05/12/2020 | **Blanket Bond (per case limit):** | $25,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5600 Checking | $70,028.07 | $15,308.41 | $0.00 |
| ******6841 Checking Account | $17,500.00 | $72,219.66 | $0.00 |
| | **$87,528.07** | **$87,528.07** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)